DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
19 AUGUST 2014

| 113P14 | State v. Jasper Lee Hopper | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Cleveland County | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as Moot |
| 115P10-2 | State v. Donald Sullivan | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP14-398) | Denied<br><br>**Beasley, J., recused** |
| 118P09-2 | State v. Titus Germaine Williams | Def's Petition for *Writ of Certiorari* to Review Order of COA (COAP14-219) | Dismissed |
| 120P14 | State v. Lamar Monquee Carpenter | Def's PDR Under N.C.G.S. § 7A-31 (COA13-898) | Denied |
| 122P14 | Douglas Scott File, Employee v. Norandal USA, Inc., Employer ACE USA, Carrier | Plt's PDR Under N.C.G.S. § 7A-31 (COA13-977) | Denied |
| 124P14 | State v. Jason Lynn Young | 1. State's Motion for Temporary Stay (COA13-586) | 1. Allowed **04/16/2014** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Allowed |
| 129P14 | In the Matter of: Appeal of: Pace/Dowd Properties Ltd. From the Decisions of the Union County Board of Equalization and Review Regarding the Valuations of Certain Property for Tax Year 2010 | 1. Union County's PDR Under N.C.G.S. § 7A-31 (COA13-759)<br><br>2. Pace/Dowd Properties Ltd.'s Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br><br><br>2. Dismissed as Moot |